LF 8002 (9/12)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re: )
Kennewick Public Hospital District ) Case No. 17-02025-FPC9
dba Trios Health )
dba Kennewick General Hospital ) **TRANSMITTAL OF NOTICE OF APPEAL**
)
_____Debtor(s)_____)

TO:

    U S BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
    125 SOUTH GRAND AVENUE, PASADENA, CA 91105

Case Name: Kennewick Public Hospital District
Bankruptcy Case No.: 17-02025-FPC9
Bankruptcy Judge: Frederick P Corbit
Date main case filed: 06/30/2017
Date Notice of Appeal filed: 11/20/2017
Date Notice of Appeal served on parties: 11/21/2017
Appeal filing fee paid: yes

From:
Clerk, United States Bankruptcy Court
Eastern District of Washington
District No 0980, Office No. 2
P O Box 2164
Spokane, WA 99210-2164

Dated: November 21, 2017

                                        Clerk, U.S. Bankruptcy Court

                                        by: Wendy Jo Imming
                                        Deputy Clerk

TRANSMITTAL OF NOTICE OF APPEAL - 1