APPEAL, Ombudsman, NtcAgent, ExtendTime

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON (Spokane/Yakima)
### Bankruptcy Petition #: 17-02025-FPC9

*Assigned to:* Judge Frederick P. Corbit
Chapter 9
Voluntary
Asset

*Date filed:* 06/30/2017
*Deadline for filing claims:* 12/29/2017
*Deadline for filing claims (govt.):* 04/30/2018

| | | |
|---|---|---|
| *Debtor*<br>**Kennewick Public Hospital District**<br>900 S. Auburn St.<br>P.O. Box 6128<br>Kennewick, WA 99336<br>BENTON-WA<br>Tax ID / EIN: 91-0595030<br>*dba* **Trios Health**<br>*fka* **Kennewick General Hospital** | represented by | **Jack Cullen**<br>Foster Pepper PLLC<br>1111 Third Avenue, Suite 3000<br>Seattle, WA 98101-3299<br>206-447-4689<br>Fax : 206-749-2001<br>Email: jc@foster.com<br><br>**Bryan T Glover**<br>Foster Pepper PLLC<br>1111 Third Avenue, Suite 3000<br>Seattle, WA 98101<br>206-447-4685<br>Fax : 206-749-2004<br>Email: bryan.glover@foster.com<br><br>**Andrew H Morton**<br>Foster Pepper PLLC<br>1111 Third Avenue, Suite 3000<br>Seattle, WA 98101<br>206-447-4400<br>Fax : 206-447-9700<br>Email: andrew.morton@foster.com<br><br>**Eleanor J Vincent**<br>Foster Pepper PLLC<br>1111 Third Avenue, Suite 3000<br>Seattle, WA 98101<br>206-447-6260<br>Fax : 206-749-1954<br>Email: ella.vincent@foster.com |
| *U.S. Trustee*<br>**US Trustee**<br>US Court House<br>920 W Riverside Ave,<br>Suite 593<br>Spokane, WA 99201<br>509-353-2999 | represented by | **Gary W Dyer**<br>U S Trustee's Office<br>920 W Riverside Ave<br>Suite 593<br>Spokane, WA 99201<br>509-353-2999<br>Fax : 509-353-3124<br>Email: Gary.W.Dyer@usdoj.gov<br><br>**Gary W Dyer^**<br>U S Trustee's Office<br>920 W Riverside Ave |

1

|  |  | Suite 593<br>Spokane, WA 99201<br>509−353−2999<br>Fax : 509−353−3124<br>Email: Gary.W.Dyer@usdoj.gov |
|---|---|---|
| *Creditor Committee*<br>**Official Committee of Unsecured Creditors** | represented by | **James L Day**<br>Bush Strout & Kornfeld<br>601 Union Street<br>Suite 5000<br>Seattle, WA 98101<br>206−292−2110<br>Fax : 206−292−2104<br>Email: jday@bskd.com<br><br>**Bradley R Duncan**<br>Hillis Clark Martin & Peterson<br>999 Third Avenue<br>Suite 4600<br>Seattle, WA 98104<br>206−623−1745<br>Fax : 206−623−7789<br>Email: bradley.duncan@hcmp.com,andrew.silfen@arentfox.com,george.angelich@arent<br><br>**Katriana L Samiljan**<br>Bush Strout & Kornfeld LLP<br>601 Union Street #5000<br>Seattle, WA 98101−2373<br>206−292−2110<br>Fax : 206−292−2104<br>Email: ksamiljan@bskd.com,andrew.silfen@arentfox.com,george.angelich@arentfox.co |

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 08/11/2017 | | 144 | MOTION to Compel *Debtor to Make Post−Petition Lease Payments*. Filed by Bruce J Borrus on behalf of Philips Medical Capital. (Attachments: # 1 Proposed Form of Order Proposed Order) (Borrus, Bruce) (Entered: 08/11/2017) |
| 11/14/2017 | | 469 | ORDER Granting Philips Medical Capital LLC Relief From The Automatic Stay (RE: 144) . (WJI) (Entered: 11/14/2017) |
| 11/20/2017 | | 484 | NOTICE of Appeal and Statement of Election. Fee Amount $298. Filed by Jack Cullen on behalf of Kennewick Public Hospital District (RE: 469 Order on Motion to Compel). (Attachments: # 1 Exhibit Order)(Cullen, Jack) (Entered: 11/20/2017) |

2