Bruce J. Borrus, WSBA No. 11751
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1192
(206) 624-3600
bborrus@foxrothschild.com

Attorney for Philips Medical Capital LLC

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| In re | Case No. 17-02025-FPC9 |
|---|---|
| Kennewick Public Hospital District, | **APPELLEE'S STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT** |
| Debtor. | |

**This form should be filed only if all of the following are true:**

☑ this appeal is pending in a district served by a Bankruptcy Appellate Panel,

☑ the appellant(s) did not elect in the Notice of Appeal to proceed in the District Court rather than in the Bankruptcy Appellate Panel,

☑ no other appellee has filed a statement of election to proceed in the district court, and

☑ you elect to proceed in the District Court.

**Part 1: Identify the appellee(s) electing to proceed in the District Court**

1. Name(s) of appellee(s):

*Philips Medical Capital LLC*

2. Position of appellee(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

PHILIPS MEDICAL CAPITAL'S STATEMENT OF ELECTION...
(NO. 17-02025-FPC9) - 1

029725\00048\52043237.v1

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

(3 of 27)

Case 4:17-cv-05195-SAB ECF No. 3-3 Filed 11/22/17 PageID.26 Page 2 of 2
Case 17-05195-SAB Document 1-3 Filed 11/22/17 PageID.26 Page 2 of 2

For appeals in an adversary proceeding.

☐ Plaintiff

☐ Defendant

☐ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.

☐ Debtor

☑ Creditor

☐ Trustee

☐ Other (describe) _____

**Part 2: Election to have this appeal heard by the District Court (applicable only in certain districts)**

I (we) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 3: Sign below**

DATED this 21st day of November, 2017.

FOX ROTHSCHILD LLP


By  /s/ Bruce J. Borrus
   Bruce J. Borrus, WSBA No. 11751
   Attorneys for Philips Medical Capital LLC

---

PHILIPS MEDICAL CAPITAL'S STATEMENT OF ELECTION...
(NO. 17-02025-FPC9) - 2

029725\00048\52043237.v1

FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600