# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

**RECEIVED**
**Nov 22, 2017**
**CLERK, U.S. DISTRICT COURT**

4:17-CV-5195-SAB

**In Re:** KENNEWICK PUBLIC HOSPITAL DISTRICT

**BAP No.:** EW-17-1343

**Bk. Ct. No.:** 2:17-bk-02025

**RE:** Notice of Appeal (*Bk.Ct. Doc#: 484*)

## NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection (*statement of election*) to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to the U.S. District Court (*Spokane, WA*).

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Susan M Spraul, BAP Clerk

By: Vincent Barbato, Deputy Clerk
Date: November 22, 2017

Please acknowledge receipt of
the case file listed above.
Dated:_____

Signed:_____
        District Court Deputy

Assigned District Court No.

_____

cc: Bankruptcy Court
    All Parties