FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNEWICK PUBLIC HOSPITAL DISTRICT,<br><br>    Debtor and Appellant,<br><br>    v.<br><br>PHILIPS MEDICAL CAPITAL, LLC,<br><br>    Creditor and Appellee. | No. 4:17-cv-05195-SAB<br><br>**ORDER ACCEPTING STIPULATION FOR VOLUNTARY DISMISSAL; CLOSING FILE** |

Before the Court is the parties' Stipulation for Voluntary Dismissal, ECF No. 28. The parties stipulate to the voluntary dismissal of the above-captioned appeal. The parties settled their dispute pursuant to the terms of the Group One Equipment Lessors' Settlement Agreement that was approved by the Bankruptcy Court.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court accepts and enters the parties' Stipulation for Voluntary Dismissal, ECF No. 28.

2. The above-captioned appeal is dismissed with each party to bear its own costs.

//

//

//

**ORDER ACCEPTING STIPULATION FOR VOLUNTARY DISMISSAL; CLOSING FILE ~ 1**

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 12th day of June 2018.



_____
Stanley A. Bastian
United States District Judge

**ORDER ACCEPTING STIPULATION FOR VOLUNTARY DISMISSAL; CLOSING FILE ~ 2**